# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIKE CVETKO,** | : | CIVIL ACTION NO. 1:09-CV-1260 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DERRY TOWNSHIP POLICE DEPARTMENT,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 12th day of August, 2009, upon consideration of the motion (Doc. 3) to dismiss, filed by defendants Hershey Entertainment & Resorts Company and Robert Meals on July 21, 2009, and it appearing that plaintiff amended his complaint on August 7, 2009, (see Doc. 5), see also FED. R. CIV. P. 15(a) (allowing a party to "amend its pleading once as a matter of course . . . before being served with a responsive pleading"), and the court recognizing that an "amended complaint supersedes the original version," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES A. WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476, at 556 (2d ed. 1990), it is hereby ORDERED that the motion (Doc. 3) to dismiss is DENIED as moot. Plaintiff's complaint (Doc. 1) is superseded by the amended complaint (Doc. 5). See Snyder, 303 F.3d at 276.

                                                S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge