**McNEES WALLACE & NURICK LLC**
**P.O. Box 1166**
**Harrisburg PA 17108-1166**
**(717) 232-8000**
**FAX: (717) 237-5300**
**EIN 23-1256003**

COPY

October 23, 2009

Invoice #  578813

Greg Goodman, Claims Representatives
Inservco Insurance Services, Inc.
P.O. Box 3899
Harrisburg, PA  17105-3899

This Invoice is for the
Period Ending: 09/30/09

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment
Claim No. 288-000-2298

---

For Professional Services Rendered:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/09 | CSY | Telephone conference/s with E. Jenkins re Cvetko complaint; conferring with D. Chwastyk re motion to dismiss | .20 | 50.00 |
| 07/06/09 | DJC | Meeting with C. Steinour Young re new matter; reviewing complaint | .50 | 102.50 |
| 07/10/09 | CSY | Telephone conference/s with E. Jenkins re Cvetko matter | .20 | 50.00 |
| 07/21/09 | CSY | Reviewing motion to dismiss re Cvetko | .20 | 50.00 |
| 07/21/09 | DJC | Researching law re state action doctrine, sections 1981, 1983, and 1985; drafting motion to dismiss complaint; reviewing HE&R corporate records re exhibits to motion; meeting with C. Steinour Young re same; telephone conference with opposing counsel re concurrence; filing motion | 5.50 | 1,127.50 |
| 07/22/09 | DJC | Reviewing docket re co-Defendant's response to complaint | .20 | 41.00 |
| 07/29/09 | DJC | Telephone conference with opposing counsel re extension of time to answer motion to dismiss; researching law re aiding and abetting constitutional violation claim | 1.80 | 369.00 |
| 07/30/09 | DJC | Telephone conference with opposing counsel re response to motion to dismiss | .20 | 41.00 |

16862-0078 Inservco Insurance Services, Inc.
       Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    09/30/09

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 08/03/09 | DJC | Drafting brief in support of motion to dismiss | 1.10 | 225.50 |
| 08/04/09 | DJC | Researching law re procedure for motion to dismiss; researching law re state action doctrine and various civil rights claims; drafting brief in support of motion to dismiss; finalizing and filing brief | 6.20 | 1,271.00 |
| 08/10/09 | CSY | Review of motion to dismiss and brief re Cvetko; review of amended complaint; e-mail to G. Gallia and E. Jenkins; review of Rule 11; conferring with D. Chwastyk re same; e-mail exchange with E. Jenkins re attorneys' fees | .70 | 175.00 |
| 08/10/09 | DJC | Reviewing Plaintiff's amended complaint; researching law re new conspiracy claims; researching law re Rule 11 sanctions for failure to substantively amend complaint | 2.70 | 553.50 |
| 08/11/09 | DJC | Researching law re Rule 11 sanctions for failure to substantively amend complaint | 1.20 | 246.00 |
| 08/12/09 | DJC | Drafting motion for sanctions; researching law re Section 1985 civil rights conspiracy claims; meeting with C. Steinour Young re same | 3.80 | 779.00 |
| 08/13/09 | DJC | Revising motion for sanctions; drafting letter to R. Mirin; drafting second motion to dismiss | 1.20 | 246.00 |
| 08/20/09 | DJC | Researching law re conspiracy claims and state action | 1.40 | 287.00 |
| 08/21/09 | CSY | Receipt and review of order of Court | .20 | 50.00 |
| 08/25/09 | DJC | Reviewing case management order; drafting motion to dismiss amended complaint | .90 | 184.50 |
| 08/25/09 | DJC | Drafting motion to dismiss amended complaint | .50 | 102.50 |

16862-0078 Inservco Insurance Services, Inc.
        Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    09/30/09

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 08/26/09 | CSY | Conferring with D. Chwastyk re Plaintiff's counsel's request to consent to third amended pleading; review of motion to dismiss and brief | .40 | 100.00 |
| 08/26/09 | DJC | Drafting motion and brief re dismissal of amended complaint; researching law re Section 1985 conspiracy claims; telephone conference with opposing counsel re concurrence in motion to amend; drafting letter to R. Mirin refusing concurrence for third amendment and Rule 11 sanctions | 5.80 | 1,189.00 |
| 08/27/09 | CSY | Conferring with D. Chwastyk re third amended complaint | .30 | 75.00 |
| 08/27/09 | DJC | Reviewing proposed second amended complaint; meeting with C. Steinour Young re same; drafting e-mail to G. Gallia and E. Jenkins; drafting letter to R. Mirin; revising brief in support of motion to dismiss | 2.40 | 492.00 |
| 08/28/09 | CSY | Telephone conference/s with E. Jenkins and D. Chwastyk | .30 | 75.00 |
| 08/28/09 | DJC | Conference call with E. Jenkins and C. Steinour Young | .30 | 61.50 |
| 08/31/09 | CSY | Receipt and review of filing by Derry Township Police | .20 | 50.00 |
| 09/08/09 | CSY | Receipt and review of brief in opposition to motion to dismiss and second amended complaint; analysis of issues in motion to dismiss | .90 | 225.00 |
| 09/08/09 | DJC | Meeting with C. Steinour Young re reviewing order granting motion for leave to file second amended complaint | .60 | 123.00 |
| 09/09/09 | CSY | Telephone conference/s with E. Jenkins re motion to dismiss Hershey entities | .20 | 50.00 |
| 09/11/09 | DJC | Telephone conference with P. Kaczynski re defense of Derry Township Police and case status | .30 | 61.50 |

16862-0078 Inservco Insurance Services, Inc.
      Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    09/30/09

| | | | | |
|---|---|---|---|---|
| 09/16/09 | DJC | Drafting joint case management plan; telephone conference with P. Kaczynski re defense of Derry Township Police | 1.80 | 369.00 |
| 09/17/09 | DJC | Drafting motion to dismiss second amended complaint; researching law re new standards for pleading complaint in federal court; drafting and revising brief in support of motion to dismiss; drafting revised letter re Rule 11 sanctions; drafting joint case management plan | 6.90 | 1,414.50 |
| 09/18/09 | CSY | Reviewing motion to dismiss and joint case management plan; telephone conference with E. Jenkins re telephone conference with R. Meals; conferring with D. Chwastyk re motion to dismiss; reviewing brief in support of motion to dismiss | 1.40 | 350.00 |
| 09/18/09 | DJC | Drafting brief in support of motion to dismiss second amended complaint; meeting with C. Steinour Young re same; researching law re time, place and manner restrictions; revising motion to dismiss; revising joint case management plan; revising brief; filing motion to dismiss; drafting correspondence to opposing counsel re joint case management plan | 6.20 | 1,271.00 |
| 09/21/09 | DJC | Researching law re time, place and manner restrictions on speech; revising brief re same | 1.20 | 246.00 |
| 09/22/09 | CSY | Receipt and review of joint case management plan from Derry Township attorney | .20 | 50.00 |
| 09/22/09 | DJC | Reviewing Derry Township Police additions to joint case management plan; incorporating revisions into revised plan; telephone conference with P. Kaczynski re same; drafting correspondence to opposing counsel re same | 1.40 | 287.00 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    09/30/09

| | | | | |
|---|---|---|---|---|
| 09/23/09 | CSY | Receipt and review of Plaintiff's proposed joint case management plan; conferring with D. Chwastyk re same; receipt and review of e-mail from D. Chwastyk to R. Mirin re changes to joint case management plan | .20 | 50.00 |
| 09/23/09 | DJC | Revising brief re motion to dismiss second amended complaint; reviewing Plaintiff's additions to joint case management plan; meeting with C. Steinour Young re same; drafting correspondence to opposing counsel re objections to same | 1.60 | 328.00 |
| 09/24/09 | CSY | Receipt and review of joint case management plan with Plaintiff's changes; receipt and review of Plaintiff's brief in opposition to motion to dismiss | .40 | 100.00 |
| 09/24/09 | DJC | Reviewing Plaintiff's response to motion to dismiss; revising brief in support of same | 1.60 | 328.00 |
| 09/25/09 | DJC | Drafting and revising brief re motion to dismiss second amended complaint; drafting and filing motion to exceed page limits; researching and reviewing cases re reasonable time, place and manner restrictions | 4.40 | 902.00 |
| 09/26/09 | DJC | Revising brief re motion to dismiss second amended complaint | 1.60 | 328.00 |
| 09/28/09 | CSY | Review of brief in support of motion to dismiss | .20 | 50.00 |
| 09/28/09 | DJC | Revising and filing brief re motion to dismiss second amended complaint; compiling cases for appendix of unreported decisions; meeting with S. Giusti re cite checking; revising citations; reviewing tables | 2.80 | 574.00 |
| 09/29/09 | CSY | Preparing for Rule 16 conference; telephone conference with E. Jenkins re preservation of evidence | .40 | 100.00 |

16862-0078 Inservco Insurance Services, Inc.
        Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    09/30/09

| | | | | |
|---|---|---|---|---|
| 09/29/09 | DJC | Meeting with C. Steinour Young re discovery obligations | .20 | 41.00 |
| 09/30/09 | CSY | Telephone conference/s with R. Meals and E. Jenkins; telephone conference with C. Gouldner re preservation issues; review of amended complaint; receipt and review of e-mail and documents from E. Jenkins | .90 | 225.00 |

TOTAL FEES                              $15,466.50

## TIME SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| C. Steinour Young | 7.50 | 250.00 | 1,875.00 |
| D. Chwastyk | 66.30 | 205.00 | 13,591.50 |

Costs:

| | |
|---|---|
| Copying / Duplicating | 15.68 |
| Telephone Charges | 0.20 |
| Postage | 5.19 |
| Computerized Research - Pacer | 5.60 |

TOTAL COSTS                              $26.67

TOTAL AMOUNT DUE
FOR THIS INVOICE                         $15,493.17

16862-0078 Inservco Insurance Services, Inc.
        Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    09/30/09

_____

ACCOUNT SUMMARY FOR THIS MATTER

Previous Balance                              $.00
Less Payments Received Prior to 10/23/09       .00 CR

Amount Due This Statement                 15,493.17

Total Amount Due for this
Matter as of 10/23/09                     $15,493.17

McNees Wallace & Nurick LLC exists to provide professional services of superior
value designed to enhance our clients' success.  If you are not completely satisfied
with our work described on this invoice, please contact David M. Kleppinger, Chairman,
at dkleppinger@mwn.com, or please call 717.237.5324.  Thank you.

0116

**McNEES WALLACE & NURICK LLC**
**P.O. Box 1166**
**Harrisburg PA 17108-1166**
**(717) 232-8000**
**FAX: (717) 237-5300**
**EIN 23-1256003**



January 21, 2010

Invoice # 585583

Greg Goodman, Claims Representatives
Inservco Insurance Services, Inc.
P.O. Box 3899
Harrisburg, PA 17105-3899

This Invoice is for the
Period Ending: 12/31/09

16862-0078 Inservco Insurance Services, Inc.
          Cvetko v. Hershey Entertainment
          Claim No. 288-000-2298

---

For Professional Services Rendered:

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/01/09 | CSY | Conferring with D. Chwastyk re Rule 16 conference; telephone conference with E. Jenkins and J. Robertson re background information; telephone conference with E. Jenkins re preservation of documents; telephone conference with E. Jenkins and C. Gouldner re preservation issues; drafting correspondence to R. Mirin re preservation of evidence; preparing for and attending conference with Court; correspondence to E. Jenkins and C. Gouldner re data preservation | 1.30 | 325.00 |
| 10/01/09 | DJC | Telephone conference with E. Jenkins and C. Steinour Young; attending joint case management telephone conference; reviewing case management order; reviewing correspondence from C. Steinour Young re electronic data | 1.30 | 266.50 |
| 10/02/09 | CSY | Receipt and review of Judge Connor's order; telephone conference with E. Jenkins and C. Gouldner; revising letter to R. Mirin | .40 | 100.00 |
| 10/13/09 | CSY | Conferring with D. Chwastyk re preservation issues | .20 | 50.00 |
| 10/14/09 | CSY | Receipt and review of motion filed by Plaintiff; e-mail exchange with Plaintiff | .20 | 50.00 |

16862-0078 Inservco Insurance Services, Inc.
          Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    12/31/09

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/09 | DJC | Reviewing correspondence from Plaintiff's counsel re extension of time to file brief in opposition to motion to dismiss; drafting response to same | .40 | 82.00 |
| 10/15/09 | DJC | Reviewing Plaintiff's brief in opposition to motion to dismiss | 1.20 | 246.00 |
| 10/19/09 | CSY | Review and analysis of Plaintiff's brief in opposition to Defendant's motion to dismiss; conference with D. Chwastyk re same | .40 | 100.00 |
| 10/19/09 | DJC | Meeting with C. Steinour Young re reply brief; reviewing Plaintiff's brief; researching cited cases | 1.40 | 287.00 |
| 10/21/09 | DJC | Researching law cited in Plaintiff's brief; drafting reply brief | 1.60 | 328.00 |
| 10/22/09 | CSY | Review of telephone message from R. Mirin; conferring with D. Chwastyk re same; drafting stipulation | .80 | 200.00 |
| 10/22/09 | DJC | Drafting reply brief; telephone conference with C. Steinour Young re electronic discovery | 1.00 | 205.00 |
| 10/23/09 | CSY | Revising stipulation; drafting correspondence to counsel; finalizing and forwarding correspondence to counsel re stipulation | .70 | 175.00 |
| 10/23/09 | DJC | Reviewing draft stipulation re electronic discovery; drafting reply brief | 2.30 | 471.50 |
| 10/25/09 | DJC | Drafting reply brief re motion to dismiss | 2.90 | 594.50 |
| 10/26/09 | CSY | Review of reply brief | .20 | 50.00 |
| 10/26/09 | DJC | Drafting and revising reply brief re motion to dismiss; finalizing and filing same; reviewing answer to complaint of Derry Township Police Defendants | 2.50 | 512.50 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   12/31/09

| | | | | |
|---|---|---|---|---|
| 10/27/09 | CSY | Receipt and review of Co-Defendants' answer to complaint | .30 | 75.00 |
| 10/28/09 | CSY | E-mail exchange with R. Mirin; receipt and review of motion for leave to file brief | .20 | 50.00 |
| 10/28/09 | DJC | Reviewing Plaintiff's motion re sur-reply brief and oral argument | .30 | 61.50 |
| 11/02/09 | CSY | Receipt and review of order of Court | .20 | 50.00 |
| 11/05/09 | DJC | Reviewing Plaintiff's sur-reply brief | .80 | 164.00 |
| 11/06/09 | CSY | Receipt and review of Plaintiff's brief in opposition to motion for summary judgment | .20 | 50.00 |
| 11/06/09 | DJC | Reviewing Plaintiff's reply brief; researching cited cases | 1.00 | 205.00 |

TOTAL FEES                                      $4,698.50

### TIME SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| C. Steinour Young | 5.10 | 250.00 | 1,275.00 |
| D. Chwastyk | 16.70 | 205.00 | 3,423.50 |

Costs:

| | |
|---|---|
| Copying / Duplicating | 18.45 |
| Telephone Charges | 0.70 |
| Computerized Research - Pacer | 3.60 |

TOTAL COSTS                                      $22.75

TOTAL AMOUNT DUE
FOR THIS INVOICE                                 $4,721.25

16862-0078 Inservco Insurance Services, Inc.
        Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   12/31/09

---

### ACCOUNT SUMMARY FOR THIS MATTER

| | |
|---|---|
| Previous Balance | $15,493.17 |
| Less Payments Received Prior to 01/21/10 | -15,493.17 CR |
| Amount Due This Statement | 4,721.25 |
| Total Amount Due for this Matter as of 01/21/10 | $4,721.25 |

McNees Wallace & Nurick LLC exists to provide professional services of superior
value designed to enhance our clients' success.  If you are not completely satisfied
with our work described on this invoice, please contact David M. Kleppinger, Chairman,
at dkleppinger@mwn.com, or please call 717.237.5324.  Thank you.

0116

**McNEES WALLACE & NURICK LLC**
**P.O. Box 1166**
**Harrisburg PA 17108-1166**
**(717) 232-8000**
**FAX: (717) 237-5300**
**EIN 23-1256003**



Invoice # 592716

April 20, 2010

Melinda Spade, Claims Representative
Inservco Insurance Services, Inc.
P.O. Box 3899
Harrisburg, PA 17105-3899

This Invoice is for the
Period Ending: 03/31/10

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment
Claim No. 288-000-2298

---

For Professional Services Rendered:

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/12/10 | DJC | Telephone conference with counsel for Derry Township re extension of discovery | .30 | 66.00 |
| 01/13/10 | DJC | Reviewing motion for extension of time | .20 | 44.00 |
| 01/14/10 | CSY | Receipt and review of motion to amend scheduling order and order approving motion; conferring with D. Chwastyk re discovery | .40 | 104.00 |
| 01/14/10 | DJC | Reviewing order granting extension of time and order setting case management deadlines | .30 | 66.00 |
| 01/19/10 | CSY | Receipt and review of discovery requests served by Co-Defendant on Plaintiff | .20 | 52.00 |
| 01/27/10 | DJC | Reviewing Derry Township's interrogatories and document requests | 1.40 | 308.00 |
| 01/29/10 | DJC | Reviewing Derry Township discovery requests; drafting discovery to Plaintiff | 1.80 | 396.00 |
| 02/10/10 | DJC | Drafting interrogatories and requests for production of documents to Plaintiff | 1.20 | 264.00 |
| 02/11/10 | DJC | Drafting discovery to Plaintiff | 1.60 | 352.00 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   03/31/10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/10 | CSY | Review of draft discovery requests; conferring with D. Chwastyk re same | .40 | 104.00 |
| 02/12/10 | DJC | Meeting with C. Steinour Young re discovery requests; revising discovery | .70 | 154.00 |
| 02/16/10 | DJC | Revising and finalizing discovery requests | .40 | 88.00 |
| 03/09/10 | CSY | Receipt and review of Court orders | .20 | 52.00 |
| 03/16/10 | CSY | Receipt and review of numerous e-mails re discovery; conferring with E. Jenkins re deposition | .20 | 52.00 |
| 03/17/10 | DJC | Correspondence to E. Jenkins; telephone conference with P. Kaczynski re deposition schedule | .40 | 88.00 |
| 03/18/10 | CSY | E-mail exchange with E. Jenkins re deposition and discovery | .20 | 52.00 |
| 03/18/10 | DJC | Correspondence to C. Steinour Young re deposition schedule and dispositive motions | .40 | 88.00 |
| 03/19/10 | CSY | Review of Plaintiff's answers to discovery | .20 | 52.00 |
| 03/23/10 | CSY | Conferring with D. Chwastyk re summary judgment motion | .20 | 52.00 |
| 03/23/10 | DJC | Reviewing Plaintiff's discovery responses and document production | 1.30 | 286.00 |
| 03/24/10 | CSY | Review of summary of Plaintiff's discovery responses; conferring with D. Chwastyk re same | .40 | 104.00 |
| 03/24/10 | DJC | Drafting summary of Plaintiff's discovery responses; drafting correspondence to E. Jenkins re same | 2.10 | 462.00 |
| 03/29/10 | CSY | Conferring with D. Chwastyk re deposition | .20 | 52.00 |
| 03/29/10 | DJC | Revising deposition summary; reviewing Plaintiff's document production re deposition exhibits | 1.20 | 264.00 |

16862-0078 Inservco Insurance Services, Inc.
         Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    03/31/10

---

03/31/10  DJC  Preparing for deposition of M. Cvetko          .80        176.00

TOTAL FEES                                  $3,778.00

### TIME SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| C. Steinour Young | 2.60 | 260.00 | 676.00 |
| D. Chwastyk | 14.10 | 220.00 | 3,102.00 |

Costs:

| | |
|---|---|
| Copying / Duplicating | 29.24 |
| Telephone Charges | 0.30 |
| Postage | 1.39 |
| Local Courier Service | 5.00 |
| Computerized Research - Pacer | 0.48 |

TOTAL COSTS                                    $36.41

TOTAL AMOUNT DUE
FOR THIS INVOICE                            $3,814.41

16862-0078 Inservco Insurance Services, Inc.
        Cvetko v. Hershey Entertainment

ACCOUNT SUMMARY FOR THIS MATTER

| | |
|---|---|
| Previous Balance | $4,721.25 |
| Less Payments Received Prior to 04/20/10 | -4,721.25 CR |
| Amount Due This Statement | 3,814.41 |
| Total Amount Due for this Matter as of 04/20/10 | $3,814.41 |

McNees Wallace & Nurick LLC exists to provide professional services of superior
value designed to enhance our clients' success.  If you are not completely satisfied
with our work described on this invoice, please contact David M. Kleppinger, Chairman,
at dkleppinger@mwn.com, or please call 717.237.5324.  Thank you.

0116

**McNEES WALLACE & NURICK LLC**
**P.O. Box 1166**
**Harrisburg PA 17108-1166**
**(717) 232-8000**
**FAX: (717) 237-5300**
**EIN 23-1256003**



Invoice # 601096

July 29, 2010

Melinda Spade, Claims Representative
Inservco Insurance Services, Inc.
P.O. Box 3899
Harrisburg, PA 17105-3899

This Invoice is for the
Period Ending: 06/30/10

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment
Claim No. 288-000-2298

---

For Professional Services Rendered:

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/10 | CSY | Telephone conference/s with D. Chwastyk re Plaintiff's motion to extend discovery; attending deposition of Plaintiff | 1.00 | 260.00 |
| 04/01/10 | DJC | Reviewing file re preparation for deposition of M. Cvetko; drafting outline re same; meeting with E. Jenkins re same; deposing Plaintiff | 7.70 | 1,694.00 |
| 04/02/10 | CSY | Receipt and review of Plaintiff's motion; telephone conference with E. Jenkins re deposition | .40 | 104.00 |
| 04/05/10 | CSY | Conferring with D. Chwastyk re deposition and strategy; receipt and review of Plaintiff's discovery requests; receipt and review of Court order re extension of discovery deadlines | .40 | 104.00 |
| 04/05/10 | JJF | Conferring with D. Chwastyk re sanctions issue; analyzing file re same; researching federal case law re sanctions under Federal Rule of Civil Procedure 11 | 4.40 | 748.00 |
| 04/05/10 | DJC | Meeting with C. Steinour Young; meeting with J. Franklin re research re Rule 11 sanctions; reviewing Plaintiff's interrogatories and document requests to HE&R and Derry Township | 1.40 | 308.00 |

16862-0078 Inservco Insurance Services, Inc.
        Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   06/30/10

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/06/10 | DJC | Meeting with J. Franklin; reviewing research re Rule 11 sanctions | .50 | 110.00 |
| 04/06/10 | JJF | Researching federal case law re sanctions under Federal Rule of Civil Procedure 11; drafting memorandum re same; reviewing and revising same; conferring with D. Chwastyk re same | 3.30 | 561.00 |
| 04/07/10 | DJC | Reviewing J. Franklin's research re sanctions; drafting revised Rule 11 sanctions letter | 1.00 | 220.00 |
| 04/08/10 | CSY | Review of draft letter to R. Mirin; conferring with D. Chwastyk re same | .20 | 52.00 |
| 04/08/10 | DJC | Drafting revised motion for sanctions; revising sanctions letter to R. Mirin | 2.20 | 484.00 |
| 04/09/10 | CSY | Reviewing and revising motion for sanctions and letter to R. Mirin | .20 | 52.00 |
| 04/09/10 | DJC | Revising motion for sanctions and letter to R. Mirin | .40 | 88.00 |
| 04/13/10 | CSY | E-mail exchange with D. Chwastyk | .20 | 52.00 |
| 04/13/10 | DJC | Telephone conference with E. Jenkins and P. Kaczynski re deposition scheduling | .40 | 88.00 |
| 04/13/10 | DJC | Correspondence to P. Kaczynski re deposition of D. Norcross | .30 | 66.00 |
| 04/14/10 | CSY | Receipt and review of subpoena; e-mail to E. Jenkins re same | .20 | 52.00 |
| 04/15/10 | CSY | Telephone conference/s with E. Jenkins and J. White re response to Plaintiff's subpoena; conferring with D. Chwastyk re depositions of Derry Township Police | .50 | 130.00 |
| 04/15/10 | DJC | Meeting with C. Steinour Young re document production | .20 | 44.00 |
| 04/16/10 | DJC | Correspondence to R. Mirin and E. Jenkins re deposition of D. Norcross | .30 | 66.00 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   06/30/10

---

| 04/20/10 | DJC | Preparing for R. Meals' deposition; traveling to Hershey; meeting with E. Jenkins and R. Meals re deposition preparation; reviewing R. Mirin's response to sanctions letter | 3.80 | 836.00 |
|---|---|---|---|---|
| 04/21/10 | DJC | Preparing for depositions of Derry Township Police and D. Norcross; attending depositions of R. Meals, Derry Township Police officers and D. Norcross | 9.50 | 2,090.00 |
| 04/22/10 | CSY | Telephone conference/s with E. Jenkins re depositions | .20 | 52.00 |
| 04/22/10 | DJC | Correspondence to R. Mirin and E. Jenkins re deposition of J. Robertson | .40 | 88.00 |
| 04/23/10 | DJC | Correspondence to opposing counsel re deposition of J. Robertson | .20 | 44.00 |
| 04/26/10 | CSY | Reviewing deposition transcript of M. Cvetko | .70 | 182.00 |
| 04/27/10 | CSY | Review of Plaintiff's deposition transcript; conferring with D. Chwastyk re Rule 11 motion and summary judgment motion | 1.00 | 260.00 |
| 04/27/10 | DJC | Reviewing correspondence from E. Jenkins re J. Robertson; correspondence to opposing counsel re deposition schedule | .60 | 132.00 |
| 04/28/10 | DJC | Drafting responses to Plaintiff's interrogatories; telephone conference with E. Jenkins re research of policies for response | 2.40 | 528.00 |
| 04/29/10 | CSY | Reviewing and revising answers to Plaintiff's interrogatories | .20 | 52.00 |
| 04/29/10 | DJC | Revising discovery responses; correspondence to E. Jenkins re same | .80 | 176.00 |
| 05/03/10 | DJC | Revising and serving responses to Plaintiff's discovery requests; reviewing file and correspondence from E. Jenkins re document production for same; reviewing electronic search | 2.50 | 550.00 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

| | | | | |
|---|---|---|---|---|
| | | protocols for security logs | | |
| 05/04/10 | CSY | Receipt and review of Court's memorandum and order granting motion to dismiss; e-mail to E. Jenkins and G. Gallia; conferring with D. Chwastyk re motion and options; e-mail to G. Gallia and E. Jenkins re same; telephone conference with E. Jenkins re options | .80 | 208.00 |
| 05/04/10 | DJC | Reviewing documents from Plaintiff; reviewing documents from E. Jenkins re search of electronic database of security logs; drafting correspondence to Plaintiff's counsel re same; reviewing opinion granting motion to dismiss; reviewing correspondence from C. Steinour Young and G. Gallia re same | 3.40 | 748.00 |
| 05/05/10 | DJC | Preparing for J. Robertson's deposition; travel to Hershey; meeting with J. Robertson and E. Jenkins | 2.70 | 594.00 |
| 05/06/10 | CSY | Telephone conference/s with E. Jenkins re depositions; conferring with D. Chwastyk re pleadings issues; telephone conference with G. Gallia and F. Miles | 1.00 | 260.00 |
| 05/06/10 | DJC | Attending deposition of J. Robertson; correspondence to opposing counsel re production of 2007 special interest group protest policy; researching law re sanctions procedure and requirements for revised motion; reviewing draft motion to extend case management order re postponement of summary judgment motions | 4.90 | 1,078.00 |
| 05/07/10 | DJC | Correspondence to opposing counsel re extension of summary judgment deadline; researching law re sanctions procedure; revising sanctions motion | 2.40 | 528.00 |
| 05/10/10 | CSY | Review of Rule 11 motion | .20 | 52.00 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:    06/30/10

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/10/10 | DJC | Revising sanctions motion; researching law re procedure for sanctions; filing motion | 1.60 | 352.00 |
| 05/17/10 | CSY | Receipt and review of motion filed by Plaintiff | .20 | 52.00 |
| 05/17/10 | DJC | Reviewing transcript of deposition of J. Robertson; correspondence to opposing counsel re extension of time; reviewing Plaintiff's motion for extension of time to move to amend; drafting opposition to same | 1.30 | 286.00 |
| 05/21/10 | DJC | Researching law re brief in support of motion for sanctions | 2.30 | 506.00 |
| 05/23/10 | DJC | Drafting and revising brief in support of motion for sanctions | 6.40 | 1,408.00 |
| 05/24/10 | CSY | Reviewing and revising brief in support of motion for sanctions; conferring with D. Chwastyk re sanctions issues | .70 | 182.00 |
| 05/24/10 | DJC | Revising brief in support of sanctions motion, compiling exhibits, and filing same | 3.00 | 660.00 |
| 05/25/10 | DJC | Reviewing correspondence from Derry Township counsel re sanctions motion; telephone conference with F. Lavery re prior sanctions against Plaintiff's counsel | .80 | 176.00 |
| 06/07/10 | CSY | Receipt and review of brief in opposition to motion for sanctions | .20 | 52.00 |
| 06/07/10 | DJC | Reviewing brief in opposition to motion for sanctions | .40 | 88.00 |
| 06/08/10 | DJC | Correspondence to client re Plaintiff's opposition to motion for sanctions | .40 | 88.00 |
| 06/17/10 | DJC | Reviewing Plaintiff's motion to amend complaint and supporting brief; researching cases cited therein and company town doctrine; drafting notes re responsive brief | 1.80 | 396.00 |

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   06/30/10

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/10 | DJC | Reviewing cases cited in Plaintiff's brief in support of motion to file amended complaint; drafting outline re responsive brief | 2.60 | 572.00 |
| 06/21/10 | CSY | Review of brief; conferring with D. Chwastyk re same | .30 | 78.00 |
| 06/24/10 | DJC | Researching cases cited in Plaintiff's brief in support of motion for leave to amend | 2.60 | 572.00 |
| 06/29/10 | DJC | Researching law re company town and class of one doctrines re brief in opposing to motion for leave to amend | 4.20 | 924.00 |
| 06/30/10 | DJC | Drafting brief in opposing to motion for leave to file third amended complaint | 10.90 | 2,398.00 |

TOTAL FEES                                    $22,531.00

### TIME SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| C. Steinour Young | 8.60 | 260.00 | 2,236.00 |
| D. Chwastyk | 86.30 | 220.00 | 18,986.00 |
| J.J. Franklin | 7.70 | 170.00 | 1,309.00 |

Costs:

| | |
|---|---|
| Copying / Duplicating | 132.45 |
| Transcript | 172.05 |
| Postage | 3.49 |
| Computerized Research - Pacer | 7.12 |

TOTAL COSTS                                    $315.11

TOTAL AMOUNT DUE
FOR THIS INVOICE                               $22,846.11

16862-0078 Inservco Insurance Services, Inc.
Cvetko v. Hershey Entertainment

This Invoice is for the
Period Ending:   06/30/10

---

ACCOUNT SUMMARY FOR THIS MATTER

| | |
|---|---|
| Previous Balance | $3,814.41 |
| Less Payments Received Prior to 07/29/10 | -3,814.41 CR |
| Amount Due This Statement | 22,846.11 |
| Total Amount Due for this Matter as of 07/29/10 | $22,846.11 |

McNees Wallace & Nurick LLC exists to provide professional services of superior
value designed to enhance our clients' success.  If you are not completely satisfied
with our work described on this invoice, please contact David M. Kleppinger, Chairman,
at dkleppinger@mwn.com, or please call 717.237.5324.  Thank you.

0116



# McNEES WALLACE & NURICK LLC

## Attorneys at Law

**P.O. Box 1166 - Harrisburg, PA 17108-1166**
**Telephone: (717) 232-8000 – Fax: (717) 237-5300**
FEDERAL TAX ID: 23-1256003

Invoice # 604339

September 15, 2010

Melinda Spade, Claims Representative
Inservco Insurance Services, Inc.
P.O. Box 3899
Harrisburg, PA 17105-3899

### *Attorney-Client Privileged Materials*

This Invoice is for the Period Ending: August 31, 2010

16862-0078    Inservco Insurance Services, Inc.    <u>Payment Due: 10/15/10</u>
Cvetko v. Hershey Entertainment
Claim No. 288-000-2298

---

### For Professional Services Rendered:

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/10 | C. Steinour Young | Reviewing draft brief in opposition to motion to amend; conferring with D. Chwastyk re same | .30 | 78.00 |
| 07/01/10 | D. Chwastyk | Revising brief in opposition to motion to amend; compiling exhibits for brief; correspondence to E. Jenkins re same; reviewing correspondence from G. Gallia re same; finalizing and filing brief | 3.30 | 726.00 |
| 07/07/10 | D. Chwastyk | Reviewing Derry Township's brief in opposition to Plaintiff's motion for leave to amend | .80 | 176.00 |
| 07/15/10 | D. Chwastyk | Reviewing Plaintiff's reply brief re motion for leave to amend and cases cited therein; drafting correspondence to E. Jenkins re same | 1.40 | 308.00 |
| 07/19/10 | C. Steinour Young | Review of briefs filed in opposition to and in support of motion to amend | .30 | 78.00 |
| 07/20/10 | C. Steinour Young | Receipt and review of Court order denying Plaintiff's motion to amend; conferring with D. Chwastyk re same | .20 | 52.00 |
| 07/20/10 | D. Chwastyk | Review opinion denying plaintiff's motion for leave to file third amended complaint; drafting correspondence to E. Jenkins re same | 1.20 | 264.00 |
| 08/12/10 | D. Chwastyk | Researching law re recent Middle District sanctions opinions | .90 | 198.00 |
| 08/20/10 | C. Steinour Young | Review of Derry Township's motion and brief for mention of HE&R | .30 | 78.00 |
| 08/21/10 | D. Chwastyk | Reviewing Derry Township's motion for summary judgment and supporting brief | .60 | 132.00 |
| 08/24/10 | C. Steinour Young | Receipt and review of Court order re sanctions; e-mail to E. Jenkins and G. Gallia | .40 | 104.00 |

16862-0078      Inservco Insurance Services, Inc.
                Cvetko v. Hershey Entertainment
                Claim No. 288-000-2298

This Invoice is for the Period Ending:  August 31, 2010

| | | | | |
|---|---|---|---|---|
| 08/24/10 | D. Chwastyk | Reviewing memorandum opinion granting motion for sanctions; meeting with C. Steinour Young re same | 1.20 | 264.00 |
| | **TOTAL FEES** | | | <u>$2,458.00</u> |

### TIMEKEEPER SUMMARY

| Timekeeper | Title | Hours | Rate | Fees |
|---|---|---|---|---|
| Steinour Young, C. | MEMBER | 1.5 | $260.00 | $390.00 |
| Chwastyk, D. | ASSOCIATE | 9.4 | $220.00 | $2,068.00 |
| | TOTALS | 10.9 | | $2,458.00 |

**Costs:**

|  |  |
|---|---|
| Computerized Research - Pacer | 13.92 |
| TOTAL COSTS | <u>$13.92</u> |

**TOTAL AMOUNT DUE FOR THIS INVOICE**          **$2,471.92**

---

**McNees Wallace & Nurick LLC exists to provide professional services of superior value that exceed our clients' expectations.  If you are not completely satisfied with our work described on this invoice, please contact David M. Kleppinger, Chairman, at (717) 237-5324, or dkleppinger@mwn.com.**

0116