IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIKE CVETKO** : | CIVIL ACTION NO. 1:09-CV-1260 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **DERRY TOWNSHIP POLICE** : | |
| **DEPARTMENT**, *et al.*, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 15th day of February, 2012, upon consideration of the correspondence from counsel for the Derry Township Police Department and the Derry Township Police Officers, wherein counsel states that a status report on counsel for plaintiff's bankruptcy is overdue, and upon further consideration of the court's Order dated December 9, 2010 (Doc. 74), adopting the magistrate judge's report and recommendation and granting summary judgment to defendants, but deferring entry of judgment pending resolution of the Rule 11 sanctions proceedings, and it appearing that the sanctions proceedings concluded on December 20, 2010 (Doc. 75) with the imposition of a $10,000 sanction against plaintiff's counsel, Robert S. Mirin, Esquire ("Attorney Mirin"), and it further appearing that the court stayed the above-captioned matter on January 28, 2011, (Doc. 78) upon receipt of Attorney Mirin's suggestion of bankruptcy (Doc. 76), and upon notice to the court that Attorney Mirin, counsel of record for plaintiff in the

above-captioned matter, passed away on February 9, 2012, it is hereby ORDERED that:

1. Robert S. Mirin, Esquire is TERMINATED as counsel in the above-captioned matter.

2. The Clerk of Court is directed to enter JUDGMENT in favor of defendants in accordance with the court's Order dated December 9, 2010.

3. The Clerk of Court is directed to CLOSE the case.

4. The Clerk of Court is directed to mail a copy of this order to plaintiff:

    Mike Cvetko
    549 Stoverdale Road
    Hummelstown, PA 17036

5. Plaintiff is informed that pursuant to Federal Rule of Appellate Procedure 4(a)(1), if plaintiff seeks to appeal the entry of summary judgment in favor of defendants, a notice of appeal must be filed with the district clerk within 30 days after the judgment is entered. FED. R. APP. P. 4(a)(1).

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge